ROBERT M. CALLOWAY v. DILINDA PATTERSON AND PAULETTA M. PATTERSON

No. 738A86

(Filed 5 May 1987)

APPEAL of right by defendants pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 83 N.C. App. 343, 350 S.E. 2d 178 (1986). Heard in the Supreme Court 16 April 1987.

*Stephen L. Barden, III, for plaintiff-appellee.*

*Robert G. McClure, Jr.; and Roberts, Stevens & Cogburn, P.A., by Glenn S. Gentry, for defendant-appellants.*

PER CURIAM.

Defendants' motion to amend the record on appeal to include the issue sheet submitted to the jury and signed by the jury foreperson is allowed.

The decision of the Court of Appeals is affirmed.

Affirmed.